**EXHIBIT 1:** Screenshot of Plaintiff's Video

