**EXHIBIT 2:** Screengrab of Infringement

URL: https://www.instagram.com/reel/CWs7gAyjIa_/

